UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATHANIEL JONES,

                Plaintiff

    -against-

National Communication and Surveillance Networks; NY, NJ, Del, Md, DC, VA, NC, SC, GA; John Doe and Jane Doe; New York Police Dept.; NYC Sheriff's Dept.; Fire Dept. New York; City of New York; City of Mt. Vernon NY, Mt. Vernon Police Dept., Mt. Vernon Fire Dept.; Mt. Vernon Bd of Ed, Willie MrCray; Al Goodjoin, M.H. Dudley, Thomas Monroe Turner; Kirk Sookdeeo; Larry Barnes; Met Food, Western Beef, Shoprite, Bell Telephone a.k.a Verizon; Fox Five News, Time Warner/HBO, Gerard Joseph; Raphael Joseph; Carter Brothers, Henry Solly, Patricia Solly; King Teleservices; Ocwen Bank, NationBanc; DHHS, CDC; Federal Contractors; US Postal Service; Rossicki, Rossicki & Assoc., Bruce Johnson, Golden Wexler and Sarnesis;

                Defendants.

------------------------------------------------------------X

**NOTICE OF MOTION
TO DISMISS COMPLAINT**

Hon. Robert W. Sweet (RWS)

Docket No. 05 CV 3461

PLEASE TAKE NOTICE that upon the annexed Affirmation of Hina Sherwani, Memorandum of Law in Support of the Motion by Defendants City of Mount Vernon, Mount Vernon Police Department and Mount Vernon Fire Department and the attachments thereto, the Defendants will move this Court at a term thereof to be held before the Honorable Robert W. Sweet, at the United States Courthouse 500 Pearl Street,

New York, NY 10007 on Wednesday June 29, 2005 at 12:00 noon, on submission of the papers annexed hereto with no appearance required, for an Order, dismissing plaintiff's complaint, in its entirety, with prejudice pursuant to Rule **12(b)(6)** of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted. In the alternative, defendants seek an Order striking plaintiff's complaint based on Rule 8 of the Federal Rules of Civil Procedure.

Dated: Mount Vernon, New York
       June 9, 2005

                                        HELEN M. BLACKWOOD, ESQ.
                                        CORPORATION COUNSEL

                                        By: _____

                                        HINA SHERWANI, Esq. (HS8283)

                                        Attorneys for Defendants
                                        City of Mount Vernon
                                        1 Roosevelt Square
                                        Mount Vernon, New York 10550
                                        (914) 665-2366

TO:     Nathaniel Jones, Esq.
           Plaintiff, Pro Se
           244 Fifth Avenue, PMB Suite 2340
           New York, New York 10001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATHANIEL JONES,

          Plaintiff

 -against-

National Communication and Surveillance Networks;
NY, NJ, Del, Md, DC, VA, NC, SC, GA; John Doe and
Jane Doe; New York Police Dept.; NYC Sheriff's Dept.;
Fire Dept. New York; City of New York; City of Mount
Vernon NY, Mt. Vernon Police Dept.; Mt. Vernon
Board of Ed, Willie MrCray; Al Goodjoin, M. H. Dudley,
Thomas Monroe Turner; Kirk Sookdeeo; Larry Barnes;
Met Food, Western Beef, Shoprite, Bell Telephone a.k.a
Verizon; Fox Five News, Time Warner/HBO, Gerard
Joseph; Raphael Joseph; Carter Brothers, Henry Solly,
Patricia Solly; King Teleservices; Ocwen Bank,
NationBanc; DHHS, CDC; Federal Contractors;
US Postal Service; Rossicki, Rossicki & Assoc.,
Bruce Johnson, Golden Wexler and Sarnesis,

          Defendant(s)

## NOTICE OF MOTION

Helen M. Blackwood, Esq.
Corporation Counsel
*Attorney for Defendant*
City of Mount Vernon
*Office and Post Office Address*
One Roosevelt Square, City Hall
Mount Vernon, NY 10550
Tel. (914) 665-2366

Service of a copy of the within                     hereby admitted.
 Dated,
                Attorney(s) for

***PLEASE TAKE NOTICE***

☐  *that the within is a (certified) true copy of an Order dated 2005*
NOTICE OF *entered in the office of the clerk of the within named court on 2005*
ENTRY

☐  *that an Order of which the within is a true copy will be presented for settlement to the Hon.*
NOTICE OF                    *one of the judges of the within named Court,*
SETTLEMENT *at*
     *on*     *2003,*   *at*      *M.*

*Dated:*
Office of the

                  Corporation Counsel
          *Attorney for* *Defendant City of Mount Vernon*
                  City Hall Mount Vernon, NY 10550

To: